**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SUSA NASA, | : | PRISONER CIVIL RIGHTS |
| Inmate # 1209846, | : | 42 U.S.C. § 1983 |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:12-CV-4120-TWT-GGB |
| | : | |
| FULTON COUNTY | : | |
| GOVERNMENT, et al., | : | |
|     Defendants. | : | |

## **FINAL REPORT AND RECOMMENDATION**

Plaintiff has submitted the instant civil action without submitting the $350.00 filing fee, and I find that he is not entitled to proceed *in forma pauperis*. According to Subsection (g) of 28 U.S.C. § 1915, a prisoner is prohibited from bringing a civil action in federal court *in forma pauperis* "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

This Court has previously held in several cases that Plaintiff has three strikes within the meaning of § 1915(g). *See Nasa v. Freeman*, Civil Action No. 1:07-CV-1467-TWT (N.D. Ga. Aug. 7, 2007); *Nasa v. Hill*, Civil Action No. 1:05-CV-2070-

TWT (N.D. Ga. Sept. 2, 2005); *Nasa v. Fulton County Government*, Civil Action No. 1:03-CV-3769-TWT (N.D. Ga. Dec. 18, 2003). Plaintiff alleges in his lengthy complaint that the Fulton County Jail has failed to comply with an order entered by Judge Marvin H. Shoob of this Court regarding conditions at the jail. Plaintiff also complains about past conditions of his confinement and attaches several grievances. These allegations do not show that Plaintiff is "under imminent danger of serious physical injury." *See Medberry v. Butler*, 185 F.3d 1189 (11th Cir. 1999) (holding prisoner's allegation that he faced imminent danger sometime in the past was an insufficient basis to allow him to proceed *in forma pauperis* pursuant to the imminent danger exception).

According to the Eleventh Circuit, "the proper procedure is for the district court to dismiss the complaint without prejudice when it denies the prisoner leave to proceed in forma pauperis pursuant to the three strikes provision of § 1915(g). The prisoner . . . must pay the filing fee at the time he initiates the suit." *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002).

Based on the foregoing, **I RECOMMEND** that leave for Plaintiff to proceed *in forma pauperis* be **DENIED** and that the instant action be **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to terminate the referral to me.

**IT IS SO RECOMMENDED** this   17th   day of   December  , 2012.

*/s/ Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE