IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUSA NASA,

    Plaintiff,

    v.

FULTON COUNTY
GOVERNMENT, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-4120-TWT

## ORDER

This is a pro se civil rights action by a serial frivolous filer. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action under 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 22 day of January, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge